IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CARL D. GORDON, | ) | |
|     Plaintiff, | ) | Civil Case No. 7:13cv00249 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SHELBY COLLINS, *et al.*, | ) | By: Robert S. Ballou |
|     Defendants. | ) | United States Magistrate Judge |

This matter is before the court upon Gordon's motion to compel (Docket No. 46) the Warden and Chief of Corrections Operations to provide him with copies of the opinions in four federal cases and his motion for an extension of time (Docket No. 45) to respond to the defendant Collins' motion to dismiss.  By notice on January 16, 2014, defendant Collins advised the court that he sent Gordon copies of the four opinions Gordon requested.  Accordingly, it is hereby **ORDERED** that Gordon's motion to compel is **DENIED as moot**.  Further, Gordon's motion for an extension is **GRANTED** and he shall have ten days from the entry of this order to file any response to defendant Collins' motion to dismiss.

    The Clerk is directed to send copies of this Order to the parties.

    Enter:  January 28, 2014

    /s/ Robert S. Ballou
    Robert S. Ballou
    United States Magistrate Judge